1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Streets
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) No. 1:11-CV-02157-LJO-SKO |
|---|---|
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **OF DEFENDANT J&S KOOBATIAN,** |
|  | ) **INC. dba COUNTRY WAFFLES ONLY;** |
| JAMES W. COPNER TRUSTEE OF THE | ) **ORDER** |
| COPNER FAMILY TRUST DATED 10/7/04, | ) |
| et al., | ) |
| Defendants. | ) |

WHEREAS, Defendant J&S Koobatian, Inc. dba Country Waffles ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that ONLY Defendant J&S Koobatian, Inc. dba Country Waffles be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 13, 2012			MOORE LAW FIRM, P.C.


					/s/Tanya E. Moore
					Tanya E. Moore
					Attorneys for Plaintiff  Ronald Moore


*Moore v. Copner, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

1 **ORDER**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that <u>ONLY</u> Defendant J&S Koobatian, Inc. dba Country

4 Waffles be dismissed with prejudice from this action.

5     The clerk is directed NOT to close this action.

8 IT IS SO ORDERED.

9     Dated:   **February 13, 2012**        **/s/ Lawrence J. O'Neill**

10                                               UNITED STATES DISTRICT JUDGE