Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>   vs.<br><br>JAMES W. COPNER TRUSTEE OF THE COPNER FAMILY TRUST DATED 10/7/04, et al.,<br><br>   Defendants. | No.  1:11-CV-02157-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT J&S KOOBATIAN, INC. dba COUNTRY WAFFLES ONLY; ORDER** |

WHEREAS, Defendant J&S Koobatian, Inc. dba Country Waffles ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that ONLY Defendant J&S Koobatian, Inc. dba Country Waffles be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 13, 2012          MOORE LAW FIRM, P.C.


                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff  Ronald Moore

*Moore v. Copner, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

1 | **ORDER**

2 | Good cause appearing,

3 | IT IS HEREBY ORDERED that <u>ONLY</u> Defendant J&S Koobatian, Inc. dba Country
4 | Waffles be dismissed with prejudice from this action.

5 | The clerk is directed NOT to close this action.

8 | IT IS SO ORDERED.

9 | Dated: **February 13, 2012**       /s/ Lawrence J. O'Neill
10 |                                    UNITED STATES DISTRICT JUDGE

*Moore v. Copner, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 2