Brian Mills (#216078)
bmills@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
James W. Copner, Trustee of the
Copner Family Trust Dated 10/07/04

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES W. COPNER, TRUSTEE OF THE COPNER FAMILY TRUST DATED 10/7/04, J&S KOOBATIAN, INC., dba COUNTRY WAFFLES,<br><br>　　　　　Defendants. | CASE NO. 11-CV-02157-LJO-SKO<br><br>JUDGE:　Lawrence J. O'Neill<br>CRTRM:　4<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER<br><br>Complaint served: January 5, 2012<br>Current response date: February 16, 2012<br>New response date: March 1, 2012<br><br>DATE OF FILING: December 28, 2011 |

Pursuant to Local Rule 144(a), Plaintiff Ronald Moore ("Plaintiff"), and Defendant James W. Copner, Trustee of the Copner Family Trust Dated 10/07/04 ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on or about January 5, 2012, Plaintiff served the above-entitled action on Defendant;

WHEREAS, the Parties stipulated to one previous extension of three (3) weeks to and until February 16, 2012.

WHEREAS, the Parties are actively engaged in discussions to resolve this

1  matter and anticipate resolving this matter in the next two weeks.

2      WHEREAS, the Parties wish to conserve attorneys' fees and judicial

3  resources, and accordingly, they believe an extension is appropriate at this time.

4      NOW THEREFORE, pursuant to Local Rule 144(a), Plaintiff and Defendant

5  by and through their respective counsel, hereby stipulate and agree that Defendant,

6  shall have a two-week extension, to and until March 1, 2012, within which to

7  respond to Plaintiff's Complaint.

9  Dated: February 17, 2012    MOORE LAW FIRM, P.C.

11      By:  s/ Tanya Moore
12      Tanya E. Moore
13      K. Randolph Moore
    Attorneys for Plaintiff
14      Ronald Moore

16  Dated: February 17, 2012    SNELL & WILMER L.L.P.

18      By:  s/ Brian Mills
19      Brian Mills
    Attorneys for Defendant
20      James W. Copner, Trustee of the
21      Copner Family Trust Dated 10/07/04

23  IT IS SO ORDERED.

24      Dated:  **February 17, 2012**    **/s/ Sheila K. Oberto**
25      UNITED STATES MAGISTRATE JUDGE

14361644.3

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
(Case No. 11-CV-02157-LJO-SKO)

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000