Brian Mills (#216078)
bmills@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
James W. Copner, Trustee of the
Copner Family Trust Dated 10/07/04

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES W. COPNER, TRUSTEE OF THE COPNER FAMILY TRUST DATED 10/7/04,<br>J&S KOOBATIAN, INC., dba COUNTRY WAFFLES,<br><br>        Defendants. | CASE NO. 11-CV-02157-LJO-SKO<br><br>JUDGE:  Lawrence J. O'Neill<br>CRTRM:  4<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER<br><br>Complaint served: January 5, 2012<br>Current response date: February 16, 2012<br>New response date: March 1, 2012<br><br>DATE OF FILING:  December 28, 2011 |

Pursuant to Local Rule 144(a), Plaintiff Ronald Moore ("Plaintiff"), and Defendant James W. Copner, Trustee of the Copner Family Trust Dated 10/07/04 ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on or about January 5, 2012, Plaintiff served the above-entitled action on Defendant;

WHEREAS, the Parties stipulated to one previous extension of three (3) weeks to and until February 16, 2012.

WHEREAS, the Parties are actively engaged in discussions to resolve this

14361644.3

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(Case No. 11-CV-02157-LJO-SKO)

matter and anticipate resolving this matter in the next two weeks.

WHEREAS, the Parties wish to conserve attorneys' fees and judicial resources, and accordingly, they believe an extension is appropriate at this time.

NOW THEREFORE, pursuant to Local Rule 144(a), Plaintiff and Defendant by and through their respective counsel, hereby stipulate and agree that Defendant, shall have a two-week extension, to and until March 1, 2012, within which to respond to Plaintiff's Complaint.

Dated: February 17, 2012                    MOORE LAW FIRM, P.C.

                                            By:   s/ Tanya Moore
                                                  Tanya E. Moore
                                                  K. Randolph Moore
                                                  Attorneys for Plaintiff
                                                  Ronald Moore

Dated: February 17, 2012                    SNELL & WILMER L.L.P.

                                            By:   s/ Brian Mills
                                                  Brian Mills
                                                  Attorneys for Defendant
                                                  James W. Copner, Trustee of the
                                                  Copner Family Trust Dated 10/07/04

IT IS SO ORDERED.

   Dated:   **February 17, 2012**                **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

14361644.3

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(Case No. 11-CV-02157-LJO-SKO)