K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES W. COPNER, TRUSTEE OF THE COPNER FAMILY TRUST DATED 10/7/04, et al.,<br><br>　　　　Defendants. | No: 1:11-CV-02157-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF JAMES W. COPNER, TRUSTEE OF THE COPNER FAMILY TRUST DATED 10/7/04 ONLY;  ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant James W. Copner, Trustee of the Copner Family Trust dated 10/7/04 ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant James W. Copner, Trustee of the Copner Family Trust dated 10/7/04, be dismissed with prejudice from this action.

　　　IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

*Moore v. Copner, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

Date: March 9, 2012                                    MOORE LAW FIRM, P.C.


                                                       /s/ Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff Ronald Moore


Date: March 9, 2012                                    SNELL & WILMER, LLP



                                                       /s/ Brian Mills
                                                       Brian Mills
                                                       Attorney for Defendant James W. Copner,
                                                       Trustee of the Copner Family Trust dated
                                                       10/7/04


## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Defendant James W. Copner, Trustee of the Copner Family Trust dated 10/7/04, is dismissed with prejudice from this matter.

2. The Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. All defendants have now been dismissed; accordingly, this matter is closed.


IT IS SO ORDERED.

   Dated:   **March 9, 2012**                          **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE


*Moore v. Copner, et al.*
Stipulation for Dismissal; [Proposed] Order
                                      Page 2